UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN and GARY L. BURGE,<br><br>Defendants. | CIVIL ACTION NO. 09-cv-04734 |
| DOROTHY DeANGELIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN, GARY L. BURGE, WAYNE LIPSKI and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | CIVIL ACTION NO. 09-cv-04766 |
| NOEL M. PARSONS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN, GARY L. BURGE, WAYNE LIPSKI and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | CIVIL ACTION NO. 09-cv-04791 |

| | | |
|---|---|---|
| ADAM LIEBMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN, GARY L. BURGE and WAYNE LIPSKI,<br><br>       Defendants. | ))))))))))))))) | CIVIL ACTION NO. 09-cv-04799 |
| GARY AUSTIN, Individually and on behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>HURON CONSULTING GROUP, INC., GARY E. HOLDREN, GARY L. BURGE and WAYNE LIPSKI,<br><br>       Defendants. | ))))))))))))))) | CIVIL ACTION NO. 09-cv-04842 |
| GERALD TOBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>HURON CONSULTING GROUP, INC., GARY E. HOLDREN, GARY L. BURGE and PRICEWATERHOUSE COOPERS LLP<br><br>       Defendants. | ))))))))))))))) | CIVIL ACTION NO. 09-cv-04859 |

|  |  |
|---|---|
| THOMAS FISHER, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN, GARY L. BURGE, WAYNE LIPSKI and PRICEWATERHOUSECOOPERS LLP,<br><br>                      Defendants. | CIVIL ACTION NO. 09-cv-05475 |

## MOTION OF THE INTER-LOCAL PENSION FUND OF THE GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

The Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters (the "Inter-Local Pension Fund") by its counsel, hereby respectfully moves this Court for an Order: (i) consolidating the securities class actions filed in this District against Huron Consulting Group Inc., et al. (the "Actions"); (ii) appointing the Inter-Local Pension Fund as Lead Plaintiff in the Actions; (iii) approving the Inter-Local Pension Fund's selection of the law firm of Spector Roseman Kodroff & Willis, P.C. to serve as Lead Counsel and the law firm of Jonathan Nachsin, P.C. to serve as Liaison Counsel for the class; and (iv) granting such other relief as the Court may deem just and proper.

In support of this Motion, the Inter-Local Pension Fund submits herewith a Memorandum of Law, the Declaration of Mark S. Willis, and a Proposed Order.

Dated: October 5, 2009

Respectfully submitted,

**JONATHAN NACHSIN, P.C.**

By: /s/ Jonathan Nachsin
Jonathan Nachsin, Esq.
105 West Adams Street
Suite 3000
Chicago, IL 60603
Tel: (312) 327-1777
Fax: (312) 431-1456

*Designated Local Counsel and*
*Proposed Liaison Counsel*

**SPECTOR ROSEMAN KODROFF**
 **& WILLIS, P.C.**
Mark S. Willis, Esq.
Mark Bogen, Esq.
1101 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 756-3600
Fax: (202) 756-3602

**SPECTOR ROSEMAN KODROFF**
 **& WILLIS, P.C.**
Robert M. Roseman, Esq.
Andrew D. Abramowitz, Esq.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

*Proposed Lead Counsel*

2