# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Noel M Parsons

        Plaintiff,

v.               Case No.: 1:09–cv–04791
                 Honorable Elaine E. Bucklo

Huron Consulting Group Inc., et al.

        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 23, 2010:

  MINUTE entry before Honorable Elaine E. Bucklo: As a consolidated Class action complaint has been filed, this case is terminated as moot. Civil case terminated. Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.